1142

No. 98–898. SMITH, INDIVIDUALLY AND ON BEHALF OF ALL BENEFICIARIES OF ALLEN, DECEASED v. AMERICAN ISUZU MOTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–905. SINGH ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL.; and
No. 98–907. PATEL ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 148 F. 3d 84.

No. 98–921. NORDSTROM v. NORDSTROM. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 98–924. BLACKNER v. CONTINENTAL AIRLINES, INC. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–928. NICOLE'S, INC., DBA WHARTON AUTOMATION ASSOCIATES, ET AL. v. PYRAMID TECHNOLOGY CORP., INC. C. A. 9th Cir. Certiorari denied.

No. 98–929. WHITE v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 98–930. GOLLAHER v. UTAH. Ct. App. Utah. Certiorari denied.

No. 98–934. EGBUNA v. TIME-LIFE LIBRARIES, INC. C. A. 4th Cir. Certiorari denied.

No. 98–935. IN RE JOHNSON. C. A. 8th Cir. Certiorari denied.

No. 98–939. LEAVITT ET AL. v. KESSEL. Sup. Ct. App. W. Va. Certiorari denied.

No. 98–940. LEVENE & EISENBERG v. GOLD COAST ASSET ACQUISITION, L. P. C. A. 9th Cir. Certiorari denied.

No. 98–941. CRESCENT TOWING & SALVAGE CO., INC., ET AL. v. ORMET PRIMARY ALUMINUM CORP. ET AL. Sup. Ct. La. Certiorari denied.